

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00403-CV

**IN RE EUGENIO VILLARREAL**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: February 3, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

On August 12, 2020, relator filed a petition for writ of mandamus challenging the trial court's assessment of attorney fees to be paid by August 15, 2020. Relator also filed a motion for temporary stay of the payment deadline, which this court granted on August 13, 2020. The real party in interest filed a response to the mandamus petition on September 7, 2020. Thereafter, relator filed a reply and the real party in interest filed a sur-reply. After considering the petition, response, reply, and sur-reply, along with the mandamus record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on August 13, 2020 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016-CVT-000921-D3, styled *Tina Botello v. Eugenio Villarreal*, in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Palomo presiding.